IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00076-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARK ANDRE SANCHEZ,

        Defendant.

**ORDER CONTINUING SUPERVISED RELEASE VIOLATION HEARING**

        THIS MATTER is to be before the Court for a supervised release violation hearing on March 5, 2010, at 9:00 a.m..  The defendant's pending Denver County Criminal Court case set for jury trial has been postponed to April 27, 2010.  The Court, hereby

        ORDERS that the March 5, 2010, supervised release violation hearing be vacated and continued and that the Probation Office shall notify chambers to set a new date for the supervised release violation hearing after the disposition of the Denver County Court case.

        DATED at Denver, Colorado, February 19, 2010.

        BY THE COURT:

        Robert E. Blackburn
        United States District Judge