**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 03-cr-00076-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK ANDRE SANCHEZ,

    Defendant.

---

**ORDER DISMISSING PENDING SUPERVISED RELEASE VIOLATION HEARING**

---

    THIS MATTER is before the Court on a report from the probation officer that defendant allegedly violated his terms of supervised release on November 27, 2008, by committing the offenses of Driving Under the Influence, No Proof of Insurance, and Careless Driving (Denver County Court Case No. 08M19990). On April 27, 2010, a jury found the defendant not guilty of Driving Under the Influence, and the lesser included offense of Driving While Ability Impaired By Alcohol. The remaining charges of No Proof of Insurance and Careless Driving were dismissed. Consequently, it is

    ORDERED that the defendant's pending supervised release violation proceedings be dismissed and the case be closed.

    Dated May 3, 2010, at Denver, Colorado.

                            **BY THE COURT:**

                            */s/ Bob Blackburn*
                            Robert E. Blackburn
                            United States District Judge